UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY FABRE

VS.                                                              CIVIL ACTION: 3:11 cv00800 JJB DLD

ROYAL FREIGHT, LP AND MEGA
TRANSPORTATION SERVICES, LLC
***************************************************************************

**<u>MEMORANDUM IN SUPPORT OF</u>**
**<u>MOTION TO RE-URGE PREVIOUSLY FILED MOTION IN LIMINE (DOC.27)</u>**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Bobby Fabre, who files this Memorandum in Support as follows:

**I. Procedural Background**

On June 1, 2012, plaintiff, Bobby Fabre, filed a Motion in Limine (Doc. 27) urging several issues. One of the Motion's prayers for relief was for this Honorable Court to exclude from evidence at trial any reference, testimony or exhibit relating to Mr. Fabre's prior traffic violations.

On August 7, 2012, this Honorable Court filed a Ruling on the aforesaid Motion in which it deferred ruling on the issue of prior traffic violations (See Doc. 33). In the second paragraph of footnote 1, this Honorable Court stated:

> Fabre also requests that any traffic violations he had in the last ten years should be excluded because his vehicle was parked and not moving at the time of the accident. Defendant has requested more time to examine the plaintiff's driving records. This issue is one that should be examined at a later time, when the full details of the plaintiff's traffic citations and the factual circumstances surrounding the accident are proven or admitted.

(Doc. 33).

Defendants have had ample time since August 7, 2012 to examine Mr. Fabre's driving record and the facts and circumstances of the subject accident. However, no evidence has been presented regarding Mr. Fabre's driving record that would be relevant at trial. Moreover, defendants stipulated to liability on September 26, 2012. (Doc 49). Thus, evidence of Mr. Fabre's prior or current traffic violations is moot since defendants admit to being 100% at fault for the subject accident. Finally, plaintiff adopts and incorporates by reference all arguments and law asserted in his previously filed Motion (Doc. 27) relative to his prior traffic violations.

WHEREFORE, considering the foregoing, plaintiff, Bobby Fabre, prays that his Motion in Limine regarding his prior traffic violations (Doc. 27) be re-considered and after additional review is had there be a ruling in favor of Bobby Fabre granting his Motion and excluding from evidence any reference, testimony or exhibit relative to Bobby Fabre's prior traffic violations.

Respectfully submitted:
Michael Hingle & Associates, LLC

/s/ Donald G. D'Aunoy Jr.
Michael Hingle, T.A. #6943
Donald G. D'Aunoy Jr. #31123
220 Gause Boulevard
Slidell, Louisiana 70458
Telephone: (985) 641-6800

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of April, 2013 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, or by electronic means if said attorney is a CM/ECF participant as may be appropriate.

/s/ Donald D'Aunoy Jr.
220 Gause Blvd.
Slidell, LA 70458