UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * *

BOBBY FABRE                    CIVIL ACTION NO:

VS.                            3:11-CV 008000-JJB-DLD

ROYAL FREIGHT, LP, ET AL

* * *   * * * * * * * * * * * * * * * * * * *

DEPOSITION OF DR. DAVID WYATT, M.D.,
Taken on Wednesday, September 19, 2012,
At the Offices of the Orthopaedic Care
Center of Louisiana, 4550 North Boulevard,
Baton Rouge, Louisiana

REPORTED BY:  Tamra K. Kent, C.C.R.

Court Reporters of Louisiana, LLC
9614 Brookline Avenue, Suite A
Baton Rouge, Louisiana 70835
(225)201-9650 Office * (225)201-9651 Fax

EXHIBIT 1

```
 1              Regarding the patients that you see at
 2   the Orthopaedic Care Clinic in Baton Rouge, where
 3   we are today, can you estimate for me the number of
 4   patients you see in litigation, combining worker's
 5   compensation --
 6         A.   -- and personal injury?
 7         Q.   -- and personal injury.
 8         A.   Is probably 85, 90 percent.
 9         Q.   And approximately how many patients do
10   you see, per week, at the Orthopaedic Care Clinic
11   in Baton Rouge, on an average?
12         A.   Forty.
13         Q.   At the facility in New Orleans, the
14   Orthopaedic Care Clinic that you see patients twice
15   a month --
16         A.   Correct.
17         Q.   -- what is the percentage of litigation
18   patients, personal injury and worker's comp?
19         A.   I would guess about the same.
20         Q.   That's 85 to 90 percent?
21         A.   Yes, ma'am.
22         Q.   And in the two days that you work per
23   month, how many patients do you estimate that you
24   see?
25         A.   Oh, 50 or 60, somewhere in that
```

```
 1                    C E R T I F I C A T E
 2
 3            I, Tamra K. Kent, Certified Court Reporter
 4      in and for the State of Louisiana, do hereby
 5      certify that DR. DAVID WYATT, M.D., after having
 6      been first duly sworn to testify to the truth, the
 7      whole truth, and nothing but the truth, did testify
 8      as hereinbefore set forth in the foregoing 54
 9      pages;
10            That the testimony was reported by me in
11      stenographic machine shorthand, transcribed by me,
12      and is a true and correct transcript to the best of
13      my ability and understanding;
14            That I am not of counsel, not related to
15      any person participating in this cause, and am in
16      no way interested in the outcome of this event.
17            This certification is valid only for a
18      transcript accompanied by my handwritten or digital
19      signature and the image of my State-authorized seal
20      on this page.
21
22
23
                       Tamra K. Kent   83070
24                   Certified Court Reporter
                  in and for the State of Louisiana
25
```